FILED
April 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOHN KRIVOKAPICH,<br><br>        Defendant. | Case No. CR. S-09-0160 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN KRIVOKAPICH , Case No.  CR. S-09-0160 MCE , Charge  Title 18 USC § 1470 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 75,000 (secured by equity in real property)

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X  (Other)  with pretrial supervision and conditions of release as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 23, 2009  at  12:40  pm .

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge