KIMBERLY CAZINHA
California Bar No. 244712
Summit Defense
221 King Street #309
San Francisco, CA 94107
Telephone (415) 994-4471
Facsimile (510) 439-2855

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN KRIVOKAPICH,<br><br>    Defendant. | Case No.: 09-CR-00160-MCE<br><br>**STIPULATION TO CONTINUE STATUS; ORDER TO EXTEND TIME FOR HEARING AND EXCLUDE TIME** |

The parties further request that this matter be taken off the May 7, 2009, calendar and be rescheduled to May 21, 2009, at 9:00 a.m.

The parties agree that time beginning May 7, 2009 and extending through May 21, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: April 24, 2009 | By:     /s/ |
| | KIMBERLY CAZINHA |
| | Attorney for Defendant, John Krivokapich |
| Dated: | By:     /s/ |
| | KYLE REARDON |
| | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE