| 1 | KIMBERLY CAZINHA |
| 2 | California Bar No. 244712 |
|   | Summit Defense |
| 3 | 221 King Street #309 |
|   | San Francisco, CA  94107 |
| 4 | Telephone (415) 994-4471 |
|   | Facsimile (510) 439-2855 |

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 09-CR-160-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE STATUS;** |
|   | ) **ORDER TO EXTEND TIME FOR HEARING** |
| vs. | ) **AND EXCLUDE TIME** |
| JOHN KRIVOKAPICH, | ) |
| Defendant. | ) |

The parties request that this matter to be heard on the May 21, 2009, calendar for a status update be continued to June 11, 2009, at 9:00 a.m.

The parties agree that time beginning May 21, 2009 and extending through June 11, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

///

///

///

STIPULATION AND PROPOSED ORDER- 1

|     |          |     |                                           |
| --- | -------- | --- | ----------------------------------------- |
|     |          |     | Respectfully submitted,                   |
| Dated: |        | By: | _____/s/_____                       |
|     |          |     | KIMBERLY CAZINHA                          |
|     |          |     | Attorney for Defendant, John Krivokapich  |
| Dated: |        | By: | _____/s/_____                       |
|     |          |     | KYLE REARDON                              |
|     |          |     | Assistant U.S. Attorney                   |

**IT IS SO ORDERED:**

**DATED:** May 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE