LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
JOHN KRIVOKAPICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 09-CR-160-MCE |
| ) | |
| Plaintiff, ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE FROM JULY 16, 2009 |
| vs. ) | TO OCTOBER 15, 2009 |
| ) | |
| JOHN KRIVOKAPICH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE APPEARING AND THEREFOR,

   IT IS HEREBY ORDERED that the status conference in the above-captioned case, presently set for July 16, 2009 at 9:00 a.m. is hereby continued to October 15, 2009 at 9:00 a.m. It is further ordered that the period between July 16, 2009 and October 15, 2009 shall be excluded under the Speedy Trial Act pursuant to Title 18, section 3161(h)(8)(A) and (B)(iv)(Local Rule T-4), et. seq., as necessary for further reasonable time to prepare and the Court finds

1  that the ends of justice outweigh the best interests of the public
2  and the Defendant in a speedy trial.
3  
4  DATED: July 15, 2009
5  _____
6  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE