LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:09-CR-00160 MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| | ) Time: 9:00 am |
| JOHN KRIVOKAPICH, | ) Date: October 15, 2009 |
| | ) Court: Hon. Morrison C. England |
| Defendant. | ) |

The parties request that the status conference currently set to start on Thursday, October 15, 2009, at 9:00 a.m., be continued to Thursday, December 10, 2009, at 9:00 a.m., and stipulate that the time beginning October 15, 2009, and extending through December 10, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

Defense counsel has petitioned the Court for a computer forensic expert to assist in his preparation.  This petition is currently pending.  If approved, additional time will be needed to allow for a defense review of the seized computer evidence.

1

1     Accordingly, the parties believe that the continuance should
2 be excluded from the calculation of time under the Speedy Trial
3 Act.  The additional time is necessary to ensure effective
4 preparation, taking into account the exercise of due diligence.
5 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of
6 justice served by granting this continuance outweigh the best
7 interests of the public and the defendant in a speedy trial.  18
8 U.S.C. § 3161(h)(7)(A).
9     The parties intend to file a stipulation requesting a
10 hearing on a motion to suppress in late November.  This
11 stipulation will be filed under separate cover.

                                                  Respectfully Submitted,

                                                  LAWRENCE G. BROWN
                                                  United States Attorney

DATED: October 13, 2009      By:  */s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney

DATED: October 13, 2009      By:  */s/ Kyle Reardon* for
                                            JOSEPH SHEMARIA
                                            Attorney for the Defendant

**ORDER**

The status conference in case number 2:09-CR-00160 MCE, currently set for October 15, 2009, at 9:00 a.m., is continued to Thursday, December 10, 2009, at 9:00 a.m., and the time beginning October 15, 2009, and extending through December 10, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

Dated: October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3