BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN KRIVOKAPICH,<br><br>  Defendant. | 2:09-CR-00160 MCE<br><br>STIPULATION VACATING STATUS<br>CONFERENCE AND REQUESTING<br>MOTIONS HEARING<br><br>Time: 9:00 a.m.<br>Date: December 10, 2009<br>Court: Hon. Morrison C. England |

   The parties request that the status conference currently set for Thursday, December 10, 2009, at 9:00 a.m., be vacated and that a motions hearing date be set for Thursday, January 28, 2009, at 9:00 a.m.  On Wednesday, November 25, 2009, the defendant filed a motion to suppress evidence seized from three of the searches done in this case.  Under local rules, the government has 10 court days to respond to the defendant's motion.  However, the parties stipulate that the government response to the defendant's motion to suppress shall be filed no later than Thursday, December 31, 2009.  The defendant's surreply shall be filed no later than Thursday, January 21, 2010.

1

1  The parties stipulate that the time extending to January 28,
2 2010, should not be included in the calculation of time under the
3 Speedy Trial Act.  The calculation of time had previously been
4 excluded until the December 10, 2009 status conference due to
5 defense counsel's need to prepare and the need to ensure
6 effective preparation, taking into account the exercise of due
7 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The
8 filing of the defendant's motion extends the exclusion of time
9 until the motions hearing date on January 28, 2010.  See 18
10 U.S.C. § 3161(h)(1)(D), Local Code E.

                                   Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


 DATED: December 4, 2009      By:  /s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney



 DATED: December 4, 2009      By:  /s/ Kyle Reardon for
                                   JOSEPH SHEMARIA
                                   Attorney for the Defendant

1 **<u>ORDER</u>**

2   The status conference in case number 2:09-00160 MCE, currently set for Thursday, December 10, 2009, at 9:00 a.m., is vacated.  A motions hearing date is set for Thursday, January 28, 2010, at 9:00 a.m..  The government shall file a reply to the defendant's motion to suppress no later than Thursday, December 31, 2009.  The defendant's surreply shall be filed no later than Thursday, January 21, 2010.  The time until January 28, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code E.

   IT IS SO ORDERED.

Dated: December 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE