LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
1801 Century Park East, Suite 2400
Los Angeles, California 90067

Telephone: (310) 278-2660

Attorney for Defendant,
**JOHN KRIVOKAPICH**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>JOHN KRIVOKAPICH,<br><br>      Defendant. | Case No. 2:**09-CR-00160-MCE**<br><br>ORDER EXTENDING TIME TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS TO FEBRUARY 18 AND TO CONTINUE  HEARING ON MOTION AND STATUS CONFERENCE TO February 25, 2010 |

GOOD CAUSE APPEARING THEREFOR,

   Defendant's Ex Parte Application to Extend Time to File Reply to Government's Opposition to Defendant's Motion to Suppress and to Continue Hearing on Motion and Status Conference is GRANTED. Defendant's Reply, and any Supplement to his Motion to Suppress shall be filed on or before February 18, 2010. The Hearing on the Suppression Motion and Status Conference is Continued from January 28, 2010 to February 25, 2010 at 9:00 AM.

-1-

1     The Court further orders the exclusion of the time from
2 January 28, 2010 to February 25, 2010 under Local Rule T-4 (as
3 well as under Title 18, section 3161, et seq.,) as necessary for
4 further defense preparation. Finally, the Court finds that the
5 ends of justice outweigh the best interests of the public and the
6 Defendant in a speedy trial.
7     IT IS SO ORDERED.
8 DATED: January 25, 2010
9
10                 MORRISON C. ENGLAND, JR
                  UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28