LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
1801 Century Park East, Suite 2400
Los Angeles, California 90067

Telephone: (310) 278-2660

Attorney for Defendant,
JOHN KRIVOKAPICH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 09-CR-160-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs. ) | FROM MAY 27, 2010 TO JUNE 3, |
| ) | 2010 |
| JOHN KRIVOKAPICH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT

JUDGE:

    The parties, by and through their respective counsel of record, hereby stipulate and request the following:

    1. A Status Conference is presently set for the above-captioned case for May 27, 2010 at 9:00 A.M. The parties, through their respective counsel, desire to continue the Status Conference from May 27, 2010 to June 3, 2010 at 9:00 A.M.

2.  Counsel for Defendant, Joseph Shemaria and Assistant United States Attorney Kyle Reardon have been in regular contact attempting to complete delivery of necessary remaining discovery.

3. The parties stipulate that time should be excluded under the Speedy Trial Act in that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the continuance would deny counsel for the defense and the government a reasonable period of time to adequately prepare for trial. Plaintiff and Defendant urge the Court to find the required time as excludable under Title 18, section 3161(h)(8)(A) and (B)(iv)(Local Rule T-4), et. seq., as necessary for further reasonable time to prepare and to further find that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

4. Accordingly, the parties hereby respectfully request the Court to continue the Status Conference set for May 27, 2010 until the proposed new Status Conference hearing date, June 3, 2010 at 9:00 A.M.

//

//

//

```
                              LAW OFFICES OF JOSEPH SHEMARIA



DATED:   May 24, 2010         By: /s/ Joseph Shemaria
                                  Joseph Shemaria, Esq.
                                  Attorney for Defendant
                                  JOHN KRIVOKAPICH



DATED:   May 24, 2010             /s/ Kyle Reardon (by J. Shemaria)
                                  Kyle Reardon, Esq.
                                  Assistant United States Attorney
                                  Attorney for Plaintiff
                                  UNITED STATES OF AMERICA
```

GOOD CAUSE APPEARING THEREFOR,

   IT IS HEREBY ORDERED that the Status Conference in the above-captioned case set for May 27, 2010 is continue to June 3, 2010. Further, the Court finds the period between May 27 and June 3, 2010 to be excluded under Title 18, section 3161(h)(8)(A) and (B)(iv)(Local Rule T-4), et. seq., as necessary for further reasonable time to prepare and further finds that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial.

DATED: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE