**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JOHN KRIVOKAPICH**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 2:09-cr-00160-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **JOHN KRIVOKAPICH**, | |
| Defendant, | (Continuing Status to 12/16/10) |

It is hereby stipulated between counsel for the government and counsel for both defendants that the Status Conference presently scheduled for November 4, 2010 may be continued until December 16, 2010. This request is based on defense counsel's need to prepare. Counsel is relatively new to the case and seeks to have a computer forensic expert examine some of the evidence. Until funding for this examination is approved or denied it is impossible to know a specific date counsel will be in a position to proceed.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until December 16, 2010, and all the parties accordingly request the court to order that time be excluded until that date.

In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

(Order on following page.)

| | |
|---|---|
| Dated: October 26, 2010 | Dated: October 26, 2010 |
| / s / Steven D. Bauer | / s / Kyle Reardon |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **KYLE REARDON**<br>Assistant United States Attorney |

FOR GOOD CAUSE APPEARING,

**IT IS SO ORDERED.**

Dated: November 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE