**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JOHN KRIVOKAPICH**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-09-0160MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **JOHN KRIVOKAPICH**, | |
| Defendant, | (Continuing Status to 1/6/11) |

I    It is hereby stipulated between counsel for the government and counsel for both defendants that the Status Conference presently scheduled for December 16, 2010 may be continued until January 6, 2011. This request is based on defense counsel's need to prepare. Defense counsel has applied to the court for funds to conduct a forensic examination of the defendant's computers. This request has been approved by this court and is pending review and approval by the Ninth Circuit Court of Appeals. Until funding for this examination is approved or denied it is impossible to know a specific date counsel will be in a position to proceed.. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until January 6, 2011, and all the parties accordingly request the court to order that time be excluded until that date.

(Order on following page.)

In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv). Local Code T-4.

Dated: December 2, 2010                                                         Dated: December 2, 2010

/ s / Steven D. Bauer                                                                  / s / Kyle Reardon

**STEVEN D. BAUER**                                                         **KYLE REARDON**
Attorney for Defendant                                                           Assistant United States Attorney

FOR GOOD CAUSE APPEARING,
**IT IS SO ORDERED.**

Dated:  December 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE