**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JOHN KRIVOKAPICH**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 2:09-cr-00160- KJM |
| Plaintiff, | **(AMENDED)** |
| v. | **STIPULATION AND ORDER THEREON** |
| **JOHN KRIVOKAPICH**, | |
| Defendant, | (Continuing Status to 5/26/11) |

IT IS HEREBY STIPULATED between counsel for the government and counsel for the defendant that the Status Conference presently scheduled for April 21, 2011 may be continued until May 26, 2011. This request is based on defense counsel's need to prepare. A very recent decision by the Ninth Circuit Court of Appeals will likely have a significant impact on the defendant's sentence and needs to be discussed with the client and the defense forensics expert. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until May 26, 2011, and all the parties accordingly request the court to order that time be excluded until that date.

In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: April 19, 2011 | Dated: April 19, 2011 |
| / s / Steven D. Bauer | / s / Kyle Reardon |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **KYLE REARDON**<br>Assistant United States Attorney |

FOR GOOD CAUSE APPEARING, **IT IS SO ORDERED.**

Dated: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE