1 BENJAMIN B. WAGNER
United States Attorney
2 KYLE REARDON
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,        ) 2:09-cr-00160 KJM
12                                 )
             Plaintiff,            ) STIPULATION AND ORDER
13                                 ) CONTINUING STATUS CONFERENCE
      v.                           )
14                                 ) Time: 10:00 am
JOHN KRIVOKAPICH,                 ) Date: May 26, 2011
15                                 ) Court: Hon. Kimberly J. Mueller
             Defendant.            )
16 _____ )

17
        The parties request that the status conference currently set
18
to start on Thursday, May 26, 2011, at 10:00 a.m., be continued
19
to Thursday, June 16, 2011, at 10:00 a.m., and stipulate that the
20
time beginning May 26, 2011, and extending through June 16, 2011,
21
should be excluded from the calculation of time under the Speedy
22
Trial Act.  18 U.S.C. § 3161.
23
        Defense counsel has retained a computer forensic expert to
24
assist in his preparation.  The defense analysis of the
25
defendant's computer is complete; however, defense counsel needs
26
additional time to review the expert's findings and discuss the
27
results of the review with his client.  The results of the
28

                                   1

1 defendant's expert's analysis may also impact ongoing plea

2 negotiations between the parties.

3     Accordingly, the parties believe that the continuance should

4 be excluded from the calculation of time under the Speedy Trial

5 Act.  The additional time is necessary to ensure effective

6 preparation, taking into account the exercise of due diligence.

7 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The exclusion of

8 time is also appropriate to insure continuity of counsel.  <u>Id.</u>

9 The interests of justice served by granting this continuance

10 outweigh the best interests of the public and the defendant in a

11 speedy trial.  18 U.S.C. § 3161(h)(7)(A).

12

13                                 Respectfully Submitted,

14                                 BENJAMIN B. WAGNER
                                  United States Attorney
15

16

17  DATED: May 24, 2011        By:  _/s/ Kyle Reardon_____
                                  KYLE REARDON
18                                Assistant U.S. Attorney

19

20

21  DATED: May 24, 2011        By:  _/s/ Kyle Reardon_ for_____
                                  STEVEN BAUER
22                                Attorney for the Defendant

23

24

25

26

27

28

                                 2

**ORDER**

The status conference in case number 2:09-CR-00160 KJM, currently set for Thursday, May 26, 2011, at 10:00 a.m., is continued to Thursday, June 16, 2011, at 10:00 a.m., and the time beginning May 26, 2011, and extending through June 16, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED:   May 25, 2011.

_____
UNITED STATES DISTRICT JUDGE