```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00160 KJM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JOHN KRIVOKAPICH, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant John Krivokapich it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant John Krivokapich's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) One Dell Inspiron 1501, service tag CD5G6D1;

    b) One Seagate 80 GB hard drive, serial number 5LY6J1ES;

    c) One Dell Inspiron, service tag BT1Z4D1; and

    d) One Toshiba 80 GB hard drive, serial number 57PBT946T.

1       2.   The above-listed property was used or intended to be
2  used to commit or to promote the commission of a violation of 18
3  U.S.C. § 2252(a)(2).
4       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5  designee) shall be authorized to seize the above-listed property.
6  The aforementioned property shall be seized and held by the
7  United States, in its secure custody and control.
8       4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
9  U.S.C. § 853(n), and Local Rule 171, the United States shall
10 publish notice of the order of forfeiture.  Notice of this Order
11 and notice of the Attorney General's (or a designee's) intent to
12 dispose of the property in such manner as the Attorney General
13 may direct shall be posted for at least 30 consecutive days on
14 the official internet government forfeiture site
15 www.forfeiture.gov.  The United States may also, to the extent
16 practicable, provide direct written notice to any person known to
17 have alleged an interest in the property that is the subject of
18 the order of forfeiture as a substitute for published notice as
19 to those persons so notified.
20          b.   This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60)
23 days from the first day of publication of the Notice of
24 Forfeiture posted on the official government forfeiture site, or
25 within thirty (30) days from receipt of direct written notice,
26 whichever is earlier.
27      5.   If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

    SO ORDERED this 21st day of June, 2011.

Date:   June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE