**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JOHN KRIVOKAPICH**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2:09-cr-00160-KJM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER THEREON** |
| **JOHN KRIVOKAPICH**, | ) | |
| Defendant, | ) | (Continuing disclosure Schedule) |

IT IS HEREBY STIPULATED between counsel for the government and counsel for the defendant that the previously ordered Disclosure Schedule may be modified as follows:

| | |
|---|---|
| Draft Report due to counsel | September 22, 2011 |
| Informal objections due | October 6, 2011 |
| Final report due | October 13, 2011 |
| Formal objections due | October 20, 2011 |
| Reply to objections, if any | October 27, 2011 |
| Judgement and Sentencing | November 3, 2011 |

the above dates were selected after consultation with, and at the request of, the Probation Office.

(Signatures and order on following page)

Dated: July 22, 2011                                    Dated: July 22, 2011

/ s / Steven D. Bauer                                   / s / Kyle Reardon

**STEVEN D. BAUER**                                     **KYLE REARDON**
Attorney for Defendant                                  Assistant United States Attorney

## ORDER

The parties briefing schedule is ADOPTED and the sentencing hearing set for September 8, 2011 is VACATED and RESET for November 3, 2011 at 10:00 a.m.

Dated: July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE