BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   2:09-CR-00160 KJM
                                    )
            Plaintiff,              )
                                    )
     v.                             )   **STIPULATION AND ORDER MODIFYING**
                                    )   **CONDITION OF RELEASE**
JOHN KRIVOKAPICH,                   )
                                    )
            Defendant.              )
_____)

On June 16, 2011, the parties appeared before the Court. At that time, the defendant pleaded guilty to a violation of 18 U.S.C. § 2252(a)(2), Receipt of Child Pornography. Upon a finding of guilt to a violation of 18 U.S.C. § 2252(a)(2), detention is generally required. See 18 U.S.C. § 3143. However, due to the fact that the Court found "exceptional reasons" for the defendant's continued release, he was not immediately detained. See 18 U.S.C. § 3145. The basis for the Court's finding of "exceptional reasons" was that the defendant's child would be harmed by his detention because the defendant would no longer be able to make child support payments.

1

1    At the time of sentencing, the parties agreed to modify the terms of the defendant's pretrial release conditions to include a requirement that the defendant continue to make his child support payments. The Court asked the parties to agree upon the additional term to be included as a condition of the defendant's release. The parties agree that the defendant's pretrial release conditions shall be amended to include the following condition: "The defendant is ordered to make child support payments pursuant to the terms and conditions imposed in his separation and divorce proceedings."

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 18, 2011        By:    /s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney


DATED: July 18, 2011        By:    /s/ Kyle Reardon for
                                   STEVEN BAUER
                                   Attorney for the Defendant

**APPROVED AND SO ORDERED.**


DATED: July 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

2